**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO.: 3:21-cv-00013**

Panoramic Stock Images Ltd.,

     Plaintiff,

v.

Imperial Guard and Detective Services, INC.,

     Defendant.

---

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF SOUGHT AND DEMAND FOR JURY TRIAL)

Plaintiff, Panoramic Stock Images Ltd. ("PSI" or Plaintiff) by and through undersigned counsel, brings this Complaint against Defendant, Imperial Guard and Detective Services, INC. ("Imperial" or Defendant) for damages and injunctive relief, and in support thereof states as follows:

**NATURE OF THE ACTION**

1.  This is an action for copyright infringement under Section 501 of the Copyright Act.  This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph owned and registered by PSI.  Accordingly, PSI seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

2.      PSI brings this action for violations of exclusive rights under the

Copyright Act, 17 U.S.C. § 106, to copy and distribute PSI's original copyrighted works

of authorship.

### PARTIES

3.      Plaintiff, PSI, is a professional photography company residing at 4835

Main Street, Skokie, IL 60077. PSI is in the business of licensing reproduction rights in

photographs for a fee.

4.      Defendant, Imperial, is a Florida corporation with its principal place of

business at 6254 Powers Avenue Suite 73, Jacksonville, FL 32217, and can be served by

serving its Registered Agent, Frank Denmark, at 6254 Powers Avenue Suite 73,

Jacksonville, FL 32217.

### JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over this action pursuant to 28

U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in Florida.

8.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and

(d) and 1400(a) because the Defendant is a corporation subject to personal jurisdiction in

this district, the events giving rise to the claims occurred in this district, Defendant

engaged in infringement in this district, Defendant reside in this district, and the

Defendants are all subject to personal jurisdiction in this district.

## THE COPYRIGHTED WORK AT ISSUE

9.      Richard E. Sisk ("Sisk"), a professional photographer, created a

photograph entitled "69310 Skyline, St. Louis, MO USA Dec. 14, 2000", which is shown

below and referred to herein as the "Work".



10.     Sisk, registered the Work with the Register of Copyrights on 09/24/2012

and was assigned the registration number VA 1-832-361.  The Certificate of Registration

is attached hereto as Exhibit A.

11.     Sisk transferred complete ownership of the Work to PSI as evidenced on

Exhibit B.

12.     PSI applied copyright management information to the Work consisting of

"Panoramic Images logo, website, and Image ID" in the bottom of the image and letter

"P" watermark on the image.

13.     At all relevant times PSI has been the owner of the copyrighted Work.

14.     PSI's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

## INFRINGEMENT BY DEFENDANT

15.     Imperial has never been licensed to use the Work at issue in this action for any purpose.

16.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Imperial copied the Work without PSI's permission.

17.     After Imperial copied the Work, it made further copies and distributed the Work on the internet.

18.     Imperial copied and distributed PSI's copyrighted Work for purposes of advertising and promoting Imperial's business.

19.     Imperial committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit C.

20.     PSI never gave Imperial permission or authority to copy, distribute or display the Work.

21.     PSI notified Imperial of the allegations set forth herein on September 22, 2020 and November 2, 2020.  To date, Imperial has failed to respond to Plaintiff's Notices.  Copies of the notices to Imperial are attached hereto as Exhibit D.

22.     When Imperial copied and displayed the Work at issue in this case, Imperial removed PSI's copyright management information from the Work.

23.     PSI never gave Imperial permission or authority to remove copyright management information from Work at issue in this case.

## <u>COUNT I</u>
**COPYRIGHT INFRINGEMENT**

24.     Plaintiff incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.     PSI owns a valid copyright in the Work at issue in this case.

26.     PSI registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27.     Imperial copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without PSI's authorization in violation of 17 U.S.C. §§ 106 and 501.

28.     Imperial performed the acts alleged in the course and scope of its business activities.

29.     Imperial acts were willful.

30.     PSI has been damaged.

31.     The harm caused to PSI has been irreparable.

## <u>COUNT II</u>
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

32.     Plaintiff incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

33.     The Work at issue in this case contains copyright management information ("CMI").

34.     Imperial knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

35.     Imperial committed these acts knowingly or having reasonable grounds to know that it will include, enable, facilitate or conceal infringement of PSI's rights in the Work at issue in this action protected under the Copyright Act.

36.     PSI has been damaged.

37.     The harm caused to PSI has been irreparable.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgement against Defendant Imperial Guard and Detective Services, INC. that:

a.     Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1202;

b.     Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement as provided in 17 U.S.C. §§ 504, 1203;

c.     Plaintiff be awarded pre-judgement interest; and

d.     Plaintiff be awarded such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: January 6, 2021                                Respectfully Submitted,

*/s/ Sergio Calderon Baron*
SERGIO CALDERON BARON
Florida Bar No.: 1007687
sergio@imagetheftlawfirm.com
561.406.8256

Image Theft Law Firm P.A.
4800 N. Federal Hwy., Suite D207
Boca Raton, FL 33431

*Attorney for Plaintiff Panoramic Stock Images Ltd.*