# EXHIBIT A
## (Certificate of Registration)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-832-361**

Effective date of registration:

September 24, 2012

## Title

**Title of Work:** Panoramic Stock Images,Ltd.,d.b.a. Panoramic images, group registration, Richard Sisk photos published Jan. 20,2000-Dec.14,2000, 8 photos

**Previous or Alternative Title:** Group registration of published photographs

**Contents Titles:** 69038 American Falls Niagara Falls, NY USA Jan. 20, 2000;77704 Nashville TN June 10,2000; 32145 Organ Pipe National Park AZ Oct. 6,2000; 74310 Lincoln Memorial, Washington DC, USA Nov.,8,2000;74317 US Capitol, Washington DC, USA Nov. 8, 2000;68958 Pittsburgh, Pennsylvania USA Nov.9, 2000;69310 Skyline, St. Louis, MO USA Dec. 14,2000; 69488 Arch St. Louis, MO USA Dec. 14, 2000

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 20, 2000     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Sisk
  **Author Created:** photograph(s)

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Panoramic Stock Images, Ltd.,d.b.a. Panoramic Images

2302 Main, Evanston, ID, 60202

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Panoramic Images

**Name:** Doug Segal

**Email:** doug@panoramicimages.com     **Telephone:** 847-324-7000

**Address:** 2302 Main St.

Evanston, IL 60202

## Certification