# EXHIBIT B
## (Evidence of Ownership)

## Copyright Assignment and Accrued Causes of Action Agreement

The undersigned photographer, the sole owner of the copyrights in the undersigned's images ("the Images") selected by Panoramic Stock Images Ltd. ("Agency") and included in Agency's collection, hereby grants to Agency all copyrights and complete legal title in the Images.  Agency agrees to reassign all copyrights and complete legal title back to the undersigned upon resolution of claims brought by Agency relating to unauthorized uses of the Images.

The undersigned fully transfers all right, title and interest in any accrued or later accrued claims, causes of action, choses in action — which is the personal right to bring a case — or lawsuits, brought to enforce copyrights in the Images, assigning to Agency the sole right to prosecute said accrued or later accrued claims, causes of actions, choses in action or lawsuits.

The Undersigned Photographer:

_____
Signature

_____
Print Name

Richard E. Sisk

_____
Date of Signature

June 9, 2012

For Panoramic Stock Images Ltd.:

_____
Signature

_____
Doug Ségal, Director

Doug Sega

_____
Date of Signature

6/12/12