# EXHIBIT C
## (Copyright Infringement)



# Security Offices



**Imperial Security**
St. Louis, MO
Toll Free 866-840-2066
info@imperialsecurity.com

Imperial Security is one of the largest security companies, with branches from coast to coast. Established in 1968, Imperial specializes in contract security guard service in St. Louis and surrounding areas. Imperial Security provides highly trained security guards for the distribution, transportation, logistics, high technology, manufacturing, petrochemical, commercial real estate, hospitality, and healthcare industries.



- Security, St. Louis, MO
- Security Guards, St. Louis, MO
- Armed Guards, St. Louis, MO
- Unarmed Guards, St. Louis, MO
- Security Patrol, St. Louis, MO
- Security Officers, St. Louis, MO
- Security Supervisors, St. Louis, MO
- Security Consultants, St. Louis, MO
- Executive Protection, St. Louis, MO

**Contact Info:**
2555 Poplar Avenue | 866.840.2066
Memphis, TN 38112 | 901.454.0667

Copyright © 2020 Imperial Security, Inc. | Website by Deluge Studios